26 So.2d 918

## Annie Love Dowdell DENSON and W. A. Denson v. FIRST NATIONAL BANK OF BIRMINGHAM, as Trustee for Elmwood Corporation et al.

### 6 Div. 426.

Supreme Court of Alabama.

June 20, 1946.

Rehearing Denied Aug. 2, 1946.

Denson & Denson, of Birmingham, for appellants.

698

Murphy, Hanna & Woodall, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellee. All the Justices concur.